UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BALTIC FOURTH LLC, directly and derivatively on behalf of FOURTH AVENUE JV LLC and FOURTH AVENUE PROPERTY OWNER LLC, and TONA CONSTRUCTION & MANAGEMENT LLC, <br><br> Plaintiffs, <br> - against - <br><br> MICHAEL STERN, JDS FOURTH AVENUE LLC, and JDS CONSTRUCTION GROUP LLC, <br><br> Defendants, <br><br> FOURTH AVENUE JV LLC and FOURTH AVENUE PROPERTY OWNER LLC, <br><br> Nominal Defendants. | **ORDER** <br><br> 21 Civ. 4829 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

  Pursuant to the Amended Standing Order of Reference of Chief Judge Loretta A. Preska, 12 Misc. 32 (docketed Feb. 1, 2012), the above-captioned matter is referred to the United States Bankruptcy Court for the Southern District of New York without prejudice to transfer to the United States Bankruptcy Court for the District of Delaware in which <u>In re JDS Fourth Avenue LLC</u>, Case No. 21-10888, is pending.

  The Clerk of Court is directed to refer the case to the United States Bankruptcy Court for the Southern District of New York and administratively close the matter in this Court.

Dated: New York, New York
   June 3, 2021

SO ORDERED.

*Paul G. Gardephe* (signature)
_____
Paul G. Gardephe
United States District Judge